IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| RICHARD HARRIS, JR., Individually and on Behalf of all Persons Similarly Situated, | § § § § | |
| V. | § | NO.  MO-16-CV-254 |
| | § | |
| DVE MANAGEMENT, INC., d/b/a ONE SOURCE ENERGY SERVICES. | § § | |

## ORDER

The parties have notified the Court they have settled this case. Accordingly, this case is administratively closed, without prejudice, to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before March 15, 2017.

All pending motions, if any, are therefore DENIED AS MOOT.

It is so ORDERED.

SIGNED this ___7___ day of February, 2017.

_____
ROBERT JUNELL
SR. UNITED STATES DISTRICT JUDGE